# IN THE SUPREME COURT OF THE STATE OF NEVADA

KEM PETERS,
                 Appellant,

vs.

THE STATE OF NEVADA,
                 Respondent.

No. 84231

**FILED**

FEB 2 5 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S.Young_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a pretrial motion for own recognizance release and setting reasonable bail. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

Because no statute or court rule permits an appeal from an order denying a pretrial motion for own recognizance release and setting reasonable bail, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

22-06188

cc: Hon. Erika D. Ballou, District Judge
Kem Peters
Adras & Altig
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk